**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Nemiah MARBRA, Defendant-
Appellant.**

**No. 17-12911
Non-Argument Calendar**

United States Court of Appeals,
Eleventh Circuit.

(January 11, 2018)

Yvette Rhodes, U.S. Attorney Service—Middle District of Florida, U.S. Attorney's Office, Tampa, FL, for Plaintiff-Appellee

Adam Joseph Nate, Federal Public Defender's Office, Tampa, FL, Rosemary Cakmis, Donna Lee Elm, Federal Public Defender's Office, Orlando, FL, for Defendant-Appellant

Nemiah Marbra, Pro Se

Before WILSON, JORDAN and NEWSOM, Circuit Judges.

PER CURIAM:

Stephen Langs, appointed counsel for Nemiah Marbra in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386

U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Marbra's conviction and sentence are **AFFIRMED**.